UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

PATRICIA ZONTINI

-vs-  Case No. 12-cv-14912
Hon. Patrick J. Duggan
Magistrate Judge: R. Steven Whalen

MERCHANTS RECOVERY SERVICES, INC.,
GARY BEMIS,
    Defendant

## ORDER OF JUDGMENT

This matter comes before the Court on the motion of the Plaintiff, Patricia Zontini, for entry of a default judgment. The Court adopted Magistrate Judge R. Steven Whalen's report and recommendation that the Court grant the motion for entry of a default judgment and set this matter for an evidentiary hearing on damages. On September 4, 2013, the Court conducted that evidentiary hearing and heard the testimony of Plaintiff. Based upon that testimony, the default of the Defendants and the argument of counsel, the Court grants the following relief.

1. The Court awards Plaintiff a total of $100,000.00 in damages. This amount includes actual damages for economic loss and emotional distress, as well as all other forms of statutory and multiple damages available under claims at issue in this case.

2. The Court declares that Ms. Zontini owes no money for the judgment or the underlying debt upon which judgment was taken, in the suit initiated by defendants against a different individual, Patricia Rosenthal-Miller, in Los Angeles Superior Court, Case No. 02K05858.

3. The Court enjoins the defendants Gary Bemis and Merchants Recovery Services, Inc. from any further collection or judgment enforcement activity against Ms. Zontini

based upon the judgment in Los Angeles Superior Court, Case No. 02K05858.

**So Ordered.**

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 6, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2013, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager